AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Deverne Torres Jr. | ) Case No. 25-3676 MJ | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

SEP 11 2025

MITCHELL R. ELFERS
CLERK OF COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) _____, in Otero County, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2241(c) | Aggravated Sexual Abuse |
| 18 U.S.C. § 2243(a) | Sexual Abuse of a Minor |
| 18 U.S.C. § 1151 | Crime Occurring Within Indian Country |

This criminal complaint is based on these facts:

See attached Affidavit in Support of an Application for an Arrest Warrant, attached hereto and incorporated herein.

For Count 1, the crime occurred on or about December 23, 2014, and continuing to on or about December 23, 2016

For Count 2, the crime occurred on or about December 23, 2019, and continuing to on or about February 5, 2021

☒ Continued on the attached sheet.

_____
Complainant's signature

Erin Quintana, Special Agent
_____
Printed name and title

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1
by
submitted electronically and sworn (specify reliable electronic means).

page 1

Date: 09-11-2025

_____
*Judge's signature*

U.S. Magistrate Kevin R. Sweazea
*Printed name and title*

(25-3676MJ)

page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF THE ARREST OF:  | Case No.
Deverne Torres Jr.

**AFFIDAVIT IN SUPPORT OF**

**AN APPLICATION FOR AN ARREST WARRANT**

I, Erin Quintana, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1. I have been employed with the FBI as a Special Agent since January 2025. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned to the Albuquerque Division, Las Cruces Resident Agency. Prior to my current position as a Special Agent, I worked for the FBI as an Investigative Specialist in the Phoenix Division beginning in January 2022.

2. During my tenure with the FBI, I have received formal and informal training in conducting a variety of criminal investigations. I have executed or participated in the execution of search and arrest warrants. My investigative training and experience include, but is not limited to, conducting surveillance, interviewing subjects, witnesses, and victims, managing cooperating sources, issuing subpoenas, and analyzing records.

3. As a Special Agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States. Moreover, I make this affidavit in support of a criminal complaint that on or about December 23, 2014, and continuing to on or about December 23, 2016, and on or

about December 23, 2019, and continuing to or about February 5, 2021, in the District of New Mexico, within Indian Country, on the Mescalero Apache Reservation, Deverne Torres, Jr. (hereafter "Torres"), an Indian, knowingly engaged in sexual acts against a minor female (hereafter "Doe"), in violation of Title 18, United States Code, Sections 1151, 2241(c), and 2243(a).

### Relevant Statutes

4. Title 18 U.S.C. § 1151 states, "[e]xcepts as otherwise provided in sections 1154 and 1156 of this title, the term "Indian Country," as used in this chapter, means (a) all land within the limits of any Indian reservation under the jurisdiction of the United States Government, notwithstanding the issuance of any patent, and including rights of-of-way running through the reservation, (b) all dependent Indian communities within the borders of the united States whether within the original or subsequently acquired territory thereof, and whether within or without the limits of a state, and (c) all Indian allotments, the Indian titles to which have not been extinguished, including rights-of-way running through the same."

5. Title 18 U.S.C. §2241(c) states that it is a crime to knowingly engage in a sexual act with another person who has not attained the age of 12 years.

6. Title 18 U.S.C. § 2243(a) states that it is a crime to knowingly engage in a sexual act with another person who has attained the age of 12 years but has not attained the age of 16 years and is at least four years younger than the person so engaging.

7. Title 18 U.S.C. § 2246(2)(C) defines "sexual act," *inter alia*, as "contact between the penis and the vulva" or "the mouth and the vulva;" or "the intentional touching, not through the closing, of the genitalia of another person who has not attained the age of 16 years old with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person."

PROBABLE CAUSE

8. On February 5, 2021, at approximately 9:00pm, the Bureau of Indian Affairs ("BIA") was called over to 457 Pinon Acres in Mescalero.

9. On scene, Doe's mother stated to BIA that her son ("JV Witness") told her that he saw Doe and Deverne Torres ("Torres") kissing while she was at work. At the time of these allegations, Doe was thirteen (13) and Torres forty (40).

10. JV Witness stated that Torres came to the house the night before while everyone was sleeping and Doe let him in. They went to Doe's mom's bedroom. He stated that he saw Torres kissing Doe in his mom's bed. He stated that Torres was kissing Doe's mouth and breast. Additionally, JV Witness stated that they were without clothes. Torres saw JV Witness and told him to shut up or he was going to get spanked. JV Witness said he saw them kissing more than one time. He told his mother the next day what happened.

11. Doe's mom was interviewed. She had been with Torres for sixteen years and married to him for almost three. She stated that Torres did not have keys to the house, but when he does sleep there, he goes to stay in the bedroom.

12. Doe was interviewed. Initially, she denied Torres came over to the house and kissed her. The more questions that were asked, she started to cry. She was asked if Torres had done anything to her besides kissing, and she nodded her head yes, a couple of times.

13. On February 6, 2021, Witness #1 came forward about a conversation she had with Doe. Witness #1 stated that Doe had told her over messenger about a sexual assault incident between her and Torres. Witness #1 tried to get more information, but Doe stopped talking. Witness #1 showed BIA the conversation between them. Pictures were taken of these messages

and put into a photo log. In the conversations, Doe stated, "[Torres] forced himself on me and I was too scared to tell my mom."

14. On February 8, 2021, a forensic interview was conducted with Doe at Kid's Inc. in Alamogordo, New Mexico.

15. Doe disclosed that when she was 8 years old, she was living behind the Old Mescalero Inn. When her mom left for work, Torres touched her "private parts" under her clothes, and it would be skin to skin. She stated that this happened more than one time.

16. When Doe was 9 years old, she went to live with her grandfather. However, when she turned 11-12 years old, she went back to live with her mom at the trailers off Windgate Road in Mescalero. When her mother left for work, Torres would come into her room and touch her "private parts." She stated that she would fight Torres to get off her, but he would hit her back.

17. On February 9, 2021, a SANE exam was conducted on Doe. She stated during her SANE exam that Torres was her stepfather. She identified her "privates" as the female genitalia. She stated that she last saw Torres "a couple of months ago." Torres would put his mouth on her vagina, on her butt, and on her mouth. She stated that Torres touched her buttocks, vagina, and breasts with his hands. Torres would put his private in her private when she was small. The first time Torres did that was when she was 8. The last time Torres did something like that was a few months ago. When asked if Torres would say anything to her while he touched her, Doe stated, "No, but I was scared and it made me feel uncomfortable. And I figured he would hit me more."

18. On November 1, 2021, Doe completed her second forensic interview at La Pinon in Las Cruces, New Mexico. There, she disclosed additional details concerning Torre's sexual assaults. She expressly stated that Torres had "raped" her.

19. When Doe was either 7- or 8-years old living at the Old Mescalero Inn behind the Inn of the Mountain Gods, she was sleeping in her room when Torres moved her to her mom's bed and pulled down her pants. She said that when Torres took off her underwear, he put Vaseline on her vagina and then put his "dick" inside of her. She stated that this incident took place while he mother was at work. The weather was warm when this happened.

20. Doe was 12 years-old living off Windgate Road in Mescalero at the trailers, when Torres picked her up from her bed and took her to her mom's bed. Doe stated that Torres then put his penis in her vagina. She stated that this incident took place when her mom was at work. She stated she was in the sixth grade, and it was almost Halloween.

## CONCLUSION

21. From Doe's disclosures when she was living at the Old Mescalero Inn behind the Inn of the Mountain Gods, she was sexually abused by Torres from on or about December 23, 2014, when she was 7, and continuing to on or about December 23, 2016, when she was 9.

22. From Doe's disclosures when she was living off of Windgate Road and 457 Pinon Acres in Mescalero, she was sexually abused by Torres from on or about December 23, 2019, when she was 12, and continuing to on or about February 5, 2021, when she was 13.

23. Torres was at least 4 years older than Doe when he sexually abused her.

24. I confirmed that the locations where Torres committed these crimes against Doe were within the Mescalero Apache Indian Reservation, and that Torres was at the time an enrolled tribal member.

25. Based on the aforementioned information and investigation, I submit that probable cause exists that Deverne Torres Jr. violated Title 18, United States Code, Sections 1151, 2241(c), and 2243(a).

26. Assistant United States Attorney Randy Castellano approved prosecution in this case.

Respectfully submitted,

_____
Erin Quintana
Special Agent
Federal Bureau of Investigation

submitted electronically and sworn telephonically to before me on  September 11 , 2025.

_____
U.S. Magistrate Judge Kevin R. Sweazea