IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 1 2 2026

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 26-1044 SMD |
| vs. | ) 18 U.S.C. §§ 1153, 2243(a), and |
| | ) 2246(2)(A): Sexual Abuse of a Minor |
| **DEVERNE TORRES, JR.,** | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

From on or about December 23, 2019 and continuing to on or about February 5, 2021, in Indian Country, in Otero County, in the District of New Mexico, the defendant, **DEVERNE TORRES, JR.**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, a child who had attained the age of 12 years, but had not attained the age of 16 years, and Jane Doe was at least four years younger than the defendant, and the sexual act consisted of contact between the penis of the defendant and the vulva of Jane Doe, involving penetration, however slight, of Jane Doe's vulva.

In violation of 18 U.S.C. §§ 1153, 2243(a), and 2246(2)(A).

TODD BLANCHE
Deputy Attorney General
RYAN ELLISON
First Assistant United States Attorney

J. KIRK WILLIAMS
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304