FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 1 2 2026

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,              )
                                       )
            Plaintiff,                 )      CRIMINAL NO. 26-1044 SMD
                                       )
      vs.                              )
                                       )
DEVERNE TORRES, JR.,                   )
                                       )
            Defendant.                 )

## WAIVER OF INDICTMENT

**DEVERNE TORRES, JR.**, the above-named defendant, who is accused of 18 U.S.C. §§ 2243(a): Sexual Abuse of a Minor; and being advised of the nature of the charge and of the defendant's rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
DEVERNE TORRES, JR.
Defendant

_____
ANDREW OTTAWAY
Attorney for Defendant

Date: 2/10/26