# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
                          Plaintiff,


           vs.                          Case No: 25-mj-03676-GJF


DEVERNE TORRES, JR,
                          Defendant


## MOTION TO WITHDRAW GUILTY PLEA

Deverne Torres, Jr., makes this Motion to Withdraw his plea of guilty under Rule 11 of the Federal Rules of Criminal Procedure, and shows the Court:

I.

Defendant was charged in this case with the offense of Sexual Abuse of a Minor that occurred in Indian Country in Otero County. The charge states that the offense began on or about December 23, 2019 and that it continued until about February 5, 2021.

The Defendant was arrested on September 18, 2025, and he has been in custody since that time.

On March 12, 2026, the Defendant plead guilty to a one count information that charged Sexual Abuse of a Minor, in violation of 18 USC 2243(a), 18 USC 2246(2)(A) and 18 USC 1153.

The plea was conducted before the Honorable Jerry H. Ritter, United States Magistrate Judge, as recorded in Document # 39.

The plea included an agreed sentence of 15 years and federal and state sex offender registration requirements. The plea included a waiver of appeal.

Acceptance of the plea agreement was deferred until the final disposition hearing by the District Judge. The hearing is scheduled for June 24, 2026, according to Document # 37.

The Presentence Investigation Report, Document # 39, was filed on May 20, 2026. At paragraph 60 of the Report it refers to the Pretrial Services Report that states that he suffers from cirrhosis of the liver and kidney disease.

Thereafter, the Defendant was taken from the Dona Ana Detention Center to Mountain View Regional Center hospital in Las Cruces where he learned that he was suffering from elevated levels of ammonia in his blood. The high levels cause confusion and disorientation. Counsel is seeking medical records of the medical encounter.

Because of his medical condition, he did not fully understand the consequences and nature of his plea of guilty. His plea of guilty was not made knowingly. Federal Rule of Criminal Procedure 11(d)(2) allows for a pre-sentencing withdrawal of a plea of guilty, if the facts show a fair and just reason to allow the withdrawal.

II.

A case concerning allowing a defendant to withdrawal a guilty plea is <u>United States v. Gordon</u>, 4 F.3d. 1567 (10th Cir. 1993).

In <u>Gordon</u>, at p 1572, the opinion states:

"[i]f a motion for withdrawal of a plea of guilty or nolo contendere is made before sentence is imposed, the court may permit withdrawal of the plea upon a showing by the defendant of any fair and just reason." Defendant has the burden of establishing that there is a fair and just reason for allowing withdrawal of his guilty plea, and in determining whether Defendant has met this burden, we consider the following factors: (1) whether the defendant has asserted his innocence, (2) prejudice to the government, (3) delay in filing defendant's motion, (4) inconvenience to the court, (5) defendant's assistance of counsel, (6) whether the plea is knowing and voluntary, and (7) waste of judicial resources.

"It is within the sound discretion of the [district] court to determine what circumstances justify granting such a motion. We review a district court's denial of a motion to withdraw a guilty plea for abuse of discretion, and we will not reverse unless the defendant can show that the court acted unjustly or unfairly.

<u>Gordon</u>, ending on page 1573.

Defendant states that because of his medical condition, he did not fully understand the consequences of entering a guilty plea, and he asks the District Court Judge to allow him to withdraw his plea of guilty.

/s/Andrew Ottaway, Attorney for Defendant
 Text/cell 817-559-0466
ottaway9@swbell.net
NM State Bar #161975
New Mexico Federal Bar # 22-199

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to all involved.

Electronically filed on March 30, 2026

/s/Andrew Ottaway