**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Sarah M. Davenport**

**CASE NO.:**  **26-1044 SMD**                    **DATE:** 7/1/2026

**Time in court: 13 minutes**

**TITLE:**  **United States v. Torres**

**COURTROOM CLERK:** ANNETTE NANEZ                **COURT REPORTER:** FATIMA SANCHEZ

    ( ) Albuquerque   ( X) Las Cruces   ( ) Santa Fe   ( ) Roswell

( ) Bench warrant ordered              **INTERPRETER:** N/A

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**        **ATTORNEYS PRESENT FOR DEFENDANT(S):**
  **Tanisha Henson**                                **Andrew Ottaway**

**TYPE OF PROCEEDING:**   Status Conference/Motion Hearing

**EVIDENTIARY:**          **No**

**PROCEEDINGS:**

**11:24 am-Court in Session**

Court addresses the defendant sending into the court pro se filings.

Defendant -feels like he is fighting his case only and his atty isn't assisting him.

Court- Counsel has been assigned since the beginning of this case. Counsel was at your change

of plea hearing.

Defendant- Is willing to proceed with current attorney.

Court- Motion to withdraw guilty plea. Defense counsel, have you received the medical records?

Defense- Yes

Court- No issues were raised during the plea hearing. The court does not have enough information to address this motion. Defense Counsel has two weeks to file a supplemental record, and Government has two weeks after Defense filing.  If additional time is needed a motion for extension will be needed.

**11:37 am - Court is in Recess**