# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

                Plaintiff,

       vs.                      Case No: 25-mj-03676-GJF

DEVERNE TORRES, JR,

                Defendant

## MOTION TO SUPPLEMENT RECORD

Deverne Torres, Jr., makes this Motion to Supplement the Record with regard to Document # 40, his plea of withdraw his plea of guilty, and shows the Court:

I.

The attached records of an emergency room treatment that occurred on March 20, 2026 relating to elevated ammonia levels in his blood.

                /s/Andrew Ottaway, Attorney for Defendant
                 Text/cell 817-559-0466
                ottaway9@swbell.net
                NM State Bar #161975
                New Mexico Federal Bar # 22-199

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to all involved.

Electronically filed on July 13, 2026

/s/Andrew Ottaway

Motion to Supplement Record                           Page 1