## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

                         Plaintiff,

            vs.                       2:26CR01044SMD

DEVERNE TORRES, JR,

                         Defendant

### MOTION TO CHANGE ASSIGNED HOUSING

Deverne Torres, Jr., makes this Motion to Change his assigned housing assignment from the Dona Ana Detention Center, and shows the Court:

I.

Defendant has been to the hospital in Las Cruces five times for health reasons. On May 5, 2026, the doctor wrote:

Complications:    granulation tissue growing over bile duct stent

Follow up:        in Albuquerque since removal can't be done in Las Cruces

(one page attached from hospital records)

II.

Defendant requests that he be housed in a jail or halfway house in the Albuquerque area so that he can receive the necessary procedure from a tertiary hospital.

/s/Andrew Ottaway, Attorney for Defendant
 Text/cell 817-559-0466
ottaway9@swbell.net
NM State Bar #161975
New Mexico Federal Bar # 22-199

I HEREBY CERTIFY that I electronically

filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to all
involved.

Electronically filed on July 13, 2026

/s/Andrew Ottaway

OneContent: Generated By CNASH019   Generated On: 07/02/2026 10:09


*PIN*

**SEDATION/ANALGESIA:**

1. The medications given to you were   ☐ Fentanyl   ☐ Versed   ☒ propofol + lidocain

**DO NOT DRIVE OR OPERATE MACHINERY FOR   ☐ 12   ☐ 24 HOURS**

**DO NOT CONSUME ALCOHOL, TRANQUILIZERS, SLEEPING MEDICATIONS, OR ANY NON-PRESCRIBED MEDICATIONS FOR 24 HOURS. MUST HAVE RESPONSIBLE PARTY AVAILABLE.**

2. NOTIFY YOUR PHYSICIAN IMMEDIATELY OR COME TO THE EMERGENCY ROOM IF
   A. Any unusual bleeding              B. Respiratory problems
   C. Difficulty swallowing or acute pain   D. Temperature over 100° F (37.8°C)     X 2 weeks
   E. Abdominal pain

3. FLUIDS AND DIET:

   You can eat or drink anything **UNLESS** otherwise specified by your physician.

   Diet Instructions: regular diet

   Immediate Post-Procedure Note: Patient is needing follow up in Albuqurque for removal of bile duct stent ASAP as granulation tissue has

   Post-Procedure Diagnosis: grown over stent

Procedure
Performed: EGD c̄ BX

Blood Loss:   ☒ None   ☐ _____   Tissue To Pathology:   ☒ Yes   ☐ No

Test Results: follow up via phone in 3 weeks if results haven't been called to facility

Complications:   ☒ None   granulation tissue growing over bile duct stent

Medications: resume all medication

Follow-Up Appointment:   Dr. flu in albuqurque since removal can't
                         Time be done in Las Cruces

Other Instructions: _____

Follow-Up Interval for Colonoscopy

   ☐ 10 Years – Average Risk; *Patients greater than or equal to 50 years receiving a screening colonoscopy without biopsy or polypectomy.*

   ☐ _____ Years (greater than 3 years)

   *Medical reason if less than 10 years:*

   ☐ *Increased Risk of Colon Cancer*   ☐ *Colonic polyps/Adenomas*   ☐ *Inadequate Prep*

   ☐ *Other* _____

You May Call My Office For Any Further Questions Or Problems

Telephone Number ___ 525 - 522 - 0116 ___

| The above discharge instructions have been received and understood by me. | | |
|---|---|---|
| Patient's Signature or Legal Representative  #3503 | | Date/Time 0935 5/5/26 |
| Relationship to Patient | Interpreter, if Utilized | Date/Time |
| Signature of Nurse Reviewing Instructions  Cynthia Rosewargn | | Date/Time 5/5/26 0935 |

Discharge Instructions
1892-MV-1022HMS   01/16 (Rev. 02/17)   Page 1 of 1

MOUNTAINVIEW REGIONAL MEDICAL CENT
TORRES DEVERNE                    /
        45   M SOP MR#:000610700
     JOBIN MD   DOS:05/05/26
              PAT#: 8401230

MountainView Regional Med Ctr