**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. **2:26-CR-01044-SMD** |
| | ) | |
| **DEVERNE TORRES, JR**, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' RESPONSE TO DEFENDANT'S**
**MOTION TO CHANGE ASSIGNED HOUSING**

The United States hereby responds to the Defendant, Deverne Torres, Jr.'s, "Motion to Change Assigned Housing." Doc. 55.  On review of the Defendant's motion, there is no indication the Defendant has conferred with the United States Marshals as to medical care or housing to address this issue he complains of. The United States would respectfully recommend the Defendant confer with the United States Marshals as they are responsible for the detention and care of defendant. The United States would defer to the United States Marshals. The United States respectfully believes the Defendant is properly detained following the detention order from September 30, 2025 (Doc. 17) and would object to the release to a "halfway house," or otherwise.

The United States respectfully requests this Court deny the Defendant's Motion to Change Assigned Housing, unless and until the United States Marshals have had an opportunity to weigh in on the matter.

1

Respectfully submitted,

TODD BLANCHE
Acting Attorney General
RYAN ELLISON
First Assistant United States Attorney


*/s/ Tanisha V. Henson July 24, 2026*
TANISHA V. HENSON
Assistant United States Attorney
200 N. Church Street
Las Cruces, New Mexico 88001
Phone: (575) 323-5267
tanisha.henson@usdoj.gov

I HEREBY CERTIFY that on July 24, 2026
I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF electronic
filing system which will send notification to all
counsel of record.

*/s/ Tanisha V. Henson*
TANISHA V. HENSON
Assistant United States Attorney

2