**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Clerk's Minutes**
**Before the Honorable Sarah M. Davenport**

**CASE NO.: 26-1044SMD** **DATE: 9/16/2026**

**Time in court: 30 minutes**

**TITLE: United States v. Torres**

**COURTROOM CLERK: ANNETTE NANEZ** **COURT REPORTER: FATIMA SANCHEZ**

( ) Albuquerque ( X) Las Cruces ( ) Santa Fe ( ) Roswell

( ) Bench warrant ordered **INTERPRETER:** N/A

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**
**Tanisha Henson**

**ATTORNEYS PRESENT FOR DEFENDANT(S):**
**Andrew Ottaway**

**TYPE OF PROCEEDING: MOTION HEARING**

**EVIDENTIARY: No**

**PROCEEDINGS:**

**10:46-COURT IN SESSION**

COUNSEL ENTERED THEIR APPEARANCES

COURT ADVISES COUNSEL ABOUT DOCUMENTS THAT WERE REVIEWED BEFORE COURT.

MR. OTTAWAY EXPLAINS TO THE COURT WHAT SHE IS LOOKING AT IN THE DOCUMENTS THAT WERE PROVIDED TO THE COURT.

COURT- EXPLAINS HER NOTE REGARDING MEDICAL RECORDS.

MR. OTTAWAY- FINAL ARGUMENT ON PENDING MOTION TO WITHDRAW DEFENDANT GUILTY PLEA

MS. HENSON- FINAL ARGUMENT ON WITHDRAWING GUILTY PLEA.

COURT- DENYS MOTION TO WITHDRAW GUILTY PLEA

COURT- ADDRESSES THE MOTION TO CHANGE HOUSING

THE USMS ARE ALREADY WORKING ON ADDRESSING THIS ISSUE AND WILL BE MAKING ANY ADJUSTMENT NEEDED FOR MEDICAL CARE.

**11:16 AM- COURT IS IN RECESS**